THOMAS M. O'CONNOR (TO 5247)
BRODY, O'CONNOR & O'CONNOR, ESQS.
Attorneys for Defendant
7 Bayview Avenue
Northport, New York 11768
(631) 261-7778

BJ 22-898 TO
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ESLAYNET DURAN,

                         Plaintiff,

        -against-

BJ'S WHOLESALE CLUB, INC.

                        Defendants.
------------------------------------------------------------------X

**Docket No.:**

**NOTICE OF REMOVAL**

**TO THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK:**

        Defendant, BJ'S WHOLESALE CLUB, INC., for the removal of this action from the Supreme Court of the State of New York, County of BRONX, to the United States District Court for the SOUTHERN District of New York, respectfully shows this Honorable Court:

        FIRST:     Defendant, BJ'S WHOLESALE CLUB, INC., is a defendant in a Civil action brought against it in the Supreme Court of the State of New York, County of BRONX, entitled:

BJ 22-898 TO
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------X
ESLAYNET DURAN,                                                          Index No.: 815790/2022E

                                      Plaintiff,

    -against-

BJ'S WHOLESALE CLUB, INC.,

                                      Defendant.
------------------------------------------------------------------X

Copies of the Summons, the Complaint, and BJ'S WHOLESALE CLUB, INC.'s Answer are annexed hereto as Exhibit "A".

    SECOND: That this action seeks recovery for damages sustained as a result of personal injuries allegedly suffered by the plaintiff while on the defendant's premises.

    THIRD: The grounds for removal are that this Court has original jurisdiction pursuant to 28 U.S.C.A. § 1332(a)(1). The amount in controversy exceeds the sum or value of $75,000, exclusive of interests and costs, and is between citizens of different States. Annexed hereto as Exhibit "B" is defendant's Combined Discovery Demands. Annexed hereto as Exhibit "C" is plaintiff's email response to our 3017 Demand, received by this defendant on December 29, 2022.

    FOURTH: The defendant, BJ'S WHOLESALE CLUB, INC., is a Delaware Corporation with its corporate headquarters and principal place of business in Massachusetts. Thus, for diversity purposes, the defendant is a citizen of Massachusetts and/or Delaware pursuant to 28 U.S. Code § 1332 (C)(1)

    FIFTH: That upon information and belief Plaintiff is a citizen of the State of New York, County of BRONX.

SIXTH: In that this action is between citizens of different states and seeks damages in excess of $75,000.00, than pursuant to 28 U.S.C.A. § 1332 and 28 U.S.C.A. § 1441 and § 1446 the case should be removed from the Supreme Court of the State of New York, County of BRONX to the United States District Court for the Southern District of New York.

Dated: Northport, New York
       December 29, 2022

                              Yours, etc.

                              BRODY, O'CONNOR & O'CONNOR, ESQS.
                              Attorneys for Defendant

         By: _____
                      THOMAS M. O'CONNOR
                      7 Bayview Avenue
                      Northport, New York 11768
                      (631) 261-7778
                      File No.: BJ 22-898 TO

TO:    NATASCIA AYERS, ESQ.
        Attorneys for Plaintiff
        145 Hudson Street, Suite 5C
        New York, New York 10013
        (212) 307-0023