UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
ESLAYNET DURAN,                                          :
:
                     Plaintiff,     :
:       23-CV-19 (VSB)
        -against-                                :
:       **ORDER**
:
BJ'S WHOLESALE CLUB, INC.,                          :
:
                     Defendant.    :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       On June 9, 2023, I granted the parties' discovery extension request and ordered the parties to file a revised case management plan reflecting that extension by June 15, 2023. (Doc. 11.) To date, the parties have failed to file a revised case management plan. Accordingly, it is hereby

       ORDERED that the parties submit the revised case management plan in accordance with my previous order, (Doc. 11), by June 23, 2023.

SO ORDERED.

Dated:   June 20, 2023
             New York, New York

                                                     Vernon S. Broderick
                                                     United States District Judge