UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
ESLAYNET DURAN,                                       :
                                                      :
                        Plaintiff,                    :
                                                      :                23-CV-19 (VSB)
            -against-                                 :
                                                      :                **ORDER**
BJ'S WHOLESALE CLUB, INC.,                            :
                                                      :
                        Defendant.                    :
------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

On February 2, 2024, I held a telephonic conference in this case. In accordance with my comments made during the conference, it is hereby:

ORDERED that counsel for all parties appear telephonically for a conference on April 5, 2024 at 11:00 AM. The call-in number for the conference line is 888-363-4749 and the access code is 2682448.

IT IS FURTHER ORDERED that by no later than April 3, 2024 the parties file a joint letter informing me of the status of the case, including the status of their settlement discussions.

SO ORDERED.

Dated:   February 2, 2024
         New York, New York

                                                      _____
                                                      Vernon S. Broderick
                                                      United States District Judge