UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
    ESLAYNET DURAN,

                                 Plaintiff,

                             23-CV-19 (VSB)

               -against-

                                 **ORDER**

    BJ'S WHOLESALE CLUB, INC.,

                               Defendant.
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

        On April 5, 2024, I held a telephonic conference in this case. In accordance with my comments made during the conference, it is hereby:

        ORDERED that Plaintiff file its summary judgment brief by May 10, 2024; Defendant its opposition by May 24, 2024; and Plaintiff its reply by May 31, 2024.

        IT IS FURTHER ORDERED that by April 12, 2024, the parties review the record concerning the films to determine whether Defendant's expert had access to them, or whether the expert indicated that the films did not matter to him; meet and confer; and file a joint letter informing me of the status of their discussions.

SO ORDERED.

Dated:   April 5, 2024
            New York, New York

                                                            Vernon S. Broderick
                                                             United States District Judge